FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL - 6 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:17 CR 00179 SWW |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| JOHN WAYNE BROWN | ) | 21 U.S.C. § 841(b)(1)(C) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about September 29, 2015, in the Eastern District of Arkansas, the defendant,

JOHN WAYNE BROWN,

did knowingly and intentionally distribute less than 50 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 2

On or about October 19, 2015, in the Eastern District of Arkansas, the defendant,

JOHN WAYNE BROWN,

did knowingly and intentionally distribute less than 50 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

[End of Text. Signature Page Attached.]